**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 00-1216**

—————————

JAMES WILLIAMS,

                                        Plaintiff - Appellant,

        versus

JANET RENO, United States Attorney General;
CHARLES ROSSOTTI, Commissioner of Internal
Revenue; JOHN DOE, Agent; JANE DOE, Agent,

                                        Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-99-4232-2-18AJ)

—————————

Submitted:  May 11, 2000                Decided:  May 18, 2000

—————————

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

James Williams, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Williams appeals the district court's order dismissing without prejudice his civil complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Williams v. Reno, No. CA-99-4232-2-18AJ (D.S.C. Jan. 20, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on January 18, 2000, the district court's records show that it was entered on the docket sheet on January 20, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2